JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATANAK KIM, | ) Case No. CV 13-7712 JGB (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| F. FOULK, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 10/31/13                    _____
                                   HON. JESUS G. BERNAL
                                   UNITED STATES DISTRICT JUDGE